562 U.S. 1131, 131 S. Ct. 974, 178 L. Ed. 2d 743, 2011 U.S. LEXIS 311.

January 10, 2011. Application for bail, addressed to Justice Breyer and referred to the Court, denied.

### No. 10M55. Idea Nuova, Inc., Petitioner v. GM Licensing Group, Inc.

562 U.S. 1131, 131 S. Ct. 974, 178 L. Ed. 2d 743, 2011 U.S. LEXIS 405.

January 10, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 617 F.3d 177.

### No. 10M56. Nick A. Kolev, Petitioner v. Nissim Davidi, et al.

562 U.S. 1131, 131 S. Ct. 974, 178 L. Ed. 2d 743, 2011 U.S. LEXIS 171.

January 10, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time under Rule 14.5 denied.

### No. 10M57. Henry A. Williams, Petitioner v. United States.

562 U.S. 1131, 131 S. Ct. 974, 178 L. Ed. 2d 743, 2011 U.S. LEXIS 221.

January 10, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

### No. 10M58. Brenda Collins, Petitioner v. TIAA-CREF, et al.

562 U.S. 1131, 131 S. Ct. 974, 178 L. Ed. 2d 743, 2011 U.S. LEXIS 466.

January 10, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 386 Fed. Appx. 409.